IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ZACQUELINE FLEMING,

    Defendant.

:
:
:    Case No. 3:05cr015 (1)
:
:    JUDGE WALTER H. RICE
:

---

ENTRY DIRECTING RESPONSE FROM GOVERNMENT TO
DEFENDANT'S MOTION FOR CONCURRENT SENTENCING
(DOC. #24)

---

Defendant has filed a Motion for Concurrent Sentencing (Doc. #24). It is the request of this Court that the Assistant United States Attorney of record in this matter file a memorandum contra the Defendant's motion, focusing on, *inter alia*, this Court's jurisdiction to grant the relief requested, should the Court be inclined to do so, and the merits of said motion. Said memorandum should be filed not later than 30 days from date.

December 12, 2012

                            WALTER H. RICE
                            UNITED STATES DISTRICT JUDGE

Copies to:

Vipal J. Patel, AUSA
Laura Clemmens, AUSA
Zacqueline Fleming, Pro Se, SFF Hazelton, PO Box 3000, Bruceton Mills, WV 26525